UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-25378-CIV-MORENO

CLUB MADONNA, INC. d/b/a CLUB MADONNA,

        Plaintiff,

vs.

CITY OF MIAMI BEACH,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE JONATHAN GOODMAN'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Bill of Costs (**D.E. 186**), filed on **September 29, 2022**. The Magistrate Judge filed a Report and Recommendation (**D.E. 187**) on **October 12, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion for Bill of Costs is **GRANTED.**

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd of November 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record